IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SECURITIES AND EXCHAGNE COMMISSION,

           Plaintiff

CIVIL ACTION NO. 1:20-CV-70
(JUDGE KEELEY)

v.

PHILLIP W. CONLEY,

           Defendant.

## UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

Plaintiff Securities and Exchange Commission (the "Commission") hereby moves for the entry of a Bifurcated Judgment Order. In support of this motion, the Commission states as follows:

1. On April 16, 2020, the Commission filed the pending civil Complaint naming Defendant Phillip W. Conley ("Conley") as the sole defendant. *See* ECF No. 1. As set forth in the Complaint, the Commission alleged that Conley engaged in fraudulent conduct that violated certain federal securities laws. *Id.*

2. On June 4, 2021, Conley entered a written plea agreement to resolve the parallel criminal proceeding in *United States v. Phillip W. Conley*, Crim. No. 1:20-CR-35 (N.D.W. Va.) ("Criminal Case"). Conley's Rule 11 Plea Hearing is scheduled for June 28, 2021 at 11:30 a.m. before the Honorable Magistrate Judge Michael J. Aloi. Conley is currently being held at the Central Regional Jail.

3. On June 16, 2021, Conley agreed to the terms set forth in the attached "Consent of Defendant Phillip W. Conley" ("Consent") and proposed "Judgment as to Defendant Philip W. Conley" ("Judgment"). Pursuant to the terms of the Consent and Judgment, Conley has agreed to be permanently enjoined from violating certain federal securities laws. Pursuant to his Consent

and Judgment, he has also agreed that the Court shall resolve disgorgement, prejudgment interest, and any civil penalty upon motion of the Commission.

4.	The custodial and financial aspects of Conley's sentence will likely impact the monetary remedies the Commission will seek in this case. The Commission staff, therefore, respectfully requests that the Court defer a determination as to any monetary relief and allow the Commission staff to file a motion for monetary remedies 60 days after Conley's sentencing. The requested 60-day period is needed for the Commission to undertake its internal review process and for the staff to present its recommendation to the Commission.

5.	The Commission further respectfully requests that the scheduling hearing set for June 28, 2021 (ECF No. 13), be cancelled and the parties relieved from their obligation to appear at the hearing.

6.	As Conley has consented to the entry of the proposed Judgment, this motion is unopposed.

WHEREFORE, the Commission respectfully requests this Court enter the proposed Judgment in the form attached.

Respectfully submitted,

RANDOLPH J. BERNARD
UNITED STATES ATTORNEY

  /s/ *Christopher J. Prezioso*
Christopher Prezioso
West Virginia State Bar No. 9384
Assistant United States Attorney, Civil Division
P.O. Box 591
1125 Chapline Street
Wheeling, WV 26003
Phone: (304) 234-0100
Fax: (304) 234-0112
Email: Christopher.J.Prezioso@usdoj.gov

   /s/ *Karen M. Klotz*
Jennifer Chun Barry
Karen M. Klotz
Philadelphia Regional Office
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Telephone: (215) 597-3100
KlotzK@sec.gov

(*Pro hac vice*)

**ATTORNEYS FOR PLAINTIFF**
**SECURITIES AND EXCHANGE**
**COMMISSION**

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, I electronically filed the forgoing document with the Clerk of this Court using the CM/ECF system. I further hereby certify that I have mailed, by United States Postal Service, this notice to the plaintiff at the following address:

LEGAL MAIL

Phillip Wayne Conley
Central Regional Jail and Correctional Facility
1255 Dyer Hill Road
Sutton, WV 26601

                Respectfully submitted,

                RANDOLPH J. BERNARD
                UNITED STATES ATTORNEY

                /s/ *Christopher J. Prezioso*
                Christopher Prezioso
                West Virginia State Bar No. 9384
                Assistant United States Attorney, Civil Division
                P.O. Box 591
                1125 Chapline Street
                Wheeling, WV 26003
                Phone: (304) 234-0100
                Fax: (304) 234-0112
                Email: Christopher.J.Prezioso@usdoj.gov

                /s/ *Karen M. Klotz*
                Karen M. Klotz
                Philadelphia Regional Office
                One Penn Center
                1617 JFK Boulevard, Suite 520
                Philadelphia, PA 19103
                Telephone: (215) 597-3100
                KlotzK@sec.gov

                (*Pro hac vice*)

                **ATTORNEYS FOR PLAINTIFF**
                **SECURITIES AND EXCHANGE**
                **COMMISSION**