IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SECURITIES AND EXCHAGNE COMMISSION,

        Plaintiff

CIVIL ACTION NO. 1:20-CV-70
(JUDGE KEELEY)

v.

PHILLIP W. CONLEY,

        Defendant.

### SECOND UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

Plaintiff Securities and Exchange Commission (the "Commission") hereby moves for the entry of a Bifurcated Judgment Order. In support of this motion, the Commission states as follows:

1. On April 16, 2020, the Commission filed the pending civil Complaint naming Defendant Phillip W. Conley ("Conley") as the sole defendant. *See* ECF No. 1. As set forth in the Complaint, the Commission alleged that Conley engaged in fraudulent conduct that violated the anti-fraud provisions of the federal securities laws. *Id.*

2. On June 21, 2021, the Commission filed the first Unopposed Motion for Entry of Judgment, and attached a copy of the "Consent of Defendant Phillip W. Conley" ("Consent") and a proposed "Judgment as to Defendant Philip W. Conley" ("Judgment"). ECF Nos. 14, 14-1, 14-2. The initial Consent was executed by Philip W. Conley and was witnessed by his criminal counsel, Brian J. Kornbrath. ECF No. 14-1.

3. On July 7, 2021, the Court appointed John D. Pizzo to serve as a guardian ad litem ("Attorney Pizzo") for Conley. *See* ECF No. 16.

4. Attorney Pizzo subsequently waived service of the summons and complaint in this matter. *See* ECF No. 17.

5. On July 21, 2021, Conley again agreed to the terms set forth in the attached Consent and proposed Judgment. Attorney Pizzo also witnessed and signed the Consent.

6. Pursuant to the terms of the Consent and Judgment, Conley has agreed to be permanently enjoined from violating certain federal securities laws. Pursuant to his Consent and Judgment, he has also agreed that the Court shall resolve disgorgement, prejudgment interest, and any civil penalty upon motion of the Commission.

7. On June 4, 2021, Conley entered a written plea agreement to resolve the parallel criminal proceeding in *United States v. Phillip W. Conley*, Crim. No. 1:20-CR-35 (N.D.W. Va.) ("Criminal Case").

8. On June 28, 2021, Conley pleaded guilty to one count of Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 7ff(a) and Title 17, Code of Federal Regulations, Section 240.10-b5, before the Honorable Magistrate Judge Michael J. Aloi. Conley is currently being held at the Central Regional Jail.

9. The custodial and financial aspects of Conley's sentence will likely impact the monetary remedies the Commission will seek in this case. The Commission staff, therefore, respectfully requests that the Court defer a determination as to any monetary relief and allow the Commission staff to file a motion for monetary remedies 60 days after Conley's sentencing. The requested 60-day period is needed for the Commission to undertake its internal review process and for the staff to present its recommendation to the Commission.

10. As Conley has consented to the entry of the proposed Judgment, this motion is unopposed.

WHEREFORE, the Commission respectfully requests this Court enter the proposed Judgment in the form attached.

Respectfully submitted,

RANDOLPH J. BERNARD
UNITED STATES ATTORNEY

  /s/ *Christopher J. Prezioso*
Christopher Prezioso
West Virginia State Bar No. 9384
Assistant United States Attorney, Civil Division
P.O. Box 591
1125 Chapline Street
Wheeling, WV 26003
Phone: (304) 234-0100
Fax: (304) 234-0112
Email: Christopher.J.Prezioso@usdoj.gov

  /s/ *Karen M. Klotz*
Jennifer Chun Barry
Karen M. Klotz
Philadelphia Regional Office
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Telephone: (215) 597-3100
Email: KlotzK@sec.gov
(*Pro hac vice*)

**ATTORNEYS FOR PLAINTIFF**
**SECURITIES AND EXCHANGE**
**COMMISSION**

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, I electronically filed the forgoing document with the Clerk of this Court using the CM/ECF system. I further hereby certify that I have mailed, by United States Postal Service, this pleading to the plaintiff at the following address:

LEGAL MAIL

Phillip Wayne Conley
Central Regional Jail and Correctional Facility
1255 Dyer Hill Road
Sutton, WV 26601

                Respectfully submitted,

                RANDOLPH J. BERNARD
                UNITED STATES ATTORNEY

                /s/ *Christopher J. Prezioso*
                Christopher Prezioso
                West Virginia State Bar No. 9384
                Assistant United States Attorney, Civil Division
                P.O. Box 591
                1125 Chapline Street
                Wheeling, WV 26003
                Phone: (304) 234-0100
                Fax: (304) 234-0112
                Email: Christopher.J.Prezioso@usdoj.gov

                /s/ *Karen M. Klotz*
                Karen M. Klotz
                Philadelphia Regional Office
                One Penn Center
                1617 JFK Boulevard, Suite 520
                Philadelphia, PA 19103
                Telephone: (215) 597-3100
                KlotzK@sec.gov
                (*Pro hac vice*)

                **ATTORNEYS FOR PLAINTIFF**
                **SECURITIES AND EXCHANGE**
                **COMMISSION**